UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ROBERT CHIOINI and THOMAS KLEMA, <br><br> Plaintiffs/Counter-Defendants, <br><br> vs. <br><br> BENJAMIN WOLIN, MARK RAVICH, JOHN COOPER, ROBIN SMITH, LISA COLLERAN, and ROCKWELL MEDICAL, INC., <br><br> Defendants/Counter-Plaintiffs, <br><br> vs. <br><br> PATRICK BAGLEY and RONALD BOYD, <br><br> Third-Party Defendants. | Case No. 18-cv-11884-LJM-RSW <br> Hon. Laurie J. Michelson |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, all of the parties who have appeared in this case, through their undersigned counsel, stipulate to the dismissal of all claims against all parties with prejudice and with each party to bear its own costs.

SO ORDERED.

s/Laurie J. Michelson
LAURIE J. MICHELSON
Dated: August 15, 2018                    U.S. DISTRICT JUDGE

The undersigned stipulate to the entry of this order.

2

| THE MILLER LAW FIRM | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
|---|---|
| /s/ Marc L. Newman (with consent)<br>E. Powell Miller (P39487)<br>Marc L. Newman (P51393)<br>950 West University Drive, Ste. 300<br>Rochester, MI 48307<br>(248) 841-2200<br>*Attorneys for Plaintiffs/Counter-Defendants Chioini and Klema* | /s/ Nicholas B. Gorga<br>Nicholas B. Gorga (P72297)<br>Jason R. Abel (P70408)<br>Jeremy D. Lockhart (P76500)<br>Andrew W. Clark (P79165)<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226-3506<br>Telephone Number: (313) 465-7640<br>Fax Number: (313) 465-7641<br>*Attorneys for Defendant/Counter-Plaintiff Rockwell Medical, Inc.* |